UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| ELLA BOBB | CIVIL ACTION NO. 6:22-cv-03640 |
| VERSUS | JUDGE TERRY A. DOUGHTY |
| AMERICAN SECURITY INSURANCE CO ET AL | MAG. JUDGE KATHLEEN KAY |

## J U D G M E N T

For the reasons assigned in the Report and Recommendation of the Magistrate Judge [Doc. No.16] previously filed herein, having thoroughly reviewed the record, noting the lack of objections thereto, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED, ADJUDGED, AND DECREED** that this matter is **DISMISSED WITHOUT PREJUDICE** for Plaintiff's failure to prosecute and abide by the orders of this Court.

**IT IS FURTHER ORDERED** that this case may be reinstated within thirty days (30) of this Judgment for good cause shown, per W.D. La. Loc. Civ. R. 41.3, with any such showing to be made in writing and filed into the record of this matter.

**MONROE, LOUISIANA**, this the 19th day of December 2023.

_____
TERRY A. DOUGHTY, JUDGE
UNITED STATES DISTRICT COURT